IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01768-RBJ

GILBERT GALLEGOS,

    Plaintiff,

v.

THOMAS A. MASON CO., INC., a Wisconsin Corporation,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on *Stipulated Motion to Dismiss All Claims with Prejudice* filed on June 19, 2014. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the *Stipulated Motion to Dismiss All Claims with Prejudice* (ECF No. 21) is GRANTED and this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED this 20th day of June, 2014.

                                            BY THE COURT:

                                            _____
                                            R. Brooke Jackson
                                            United States District Judge